**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHERYL SIMON, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 4631 |
| v. | ) ) ) | Judge Gottschall Magistrate Judge Cole |
| 3-M GROUP, INC., d/b/a PAPA ROMEO'S PIZZA, and DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND AWARD OF DAMAGES**

On April 23, 2008, the Court entered a Default Judgment against defendant 3-M Group, Inc., d/b/a Papa Romeo's Pizza for defendant's failure to appear. (Exhibit A). Pursuant to this Court's order of April 23, 2008, plaintiff respectfully requests that final judgment be entered against defendant, and in favor of plaintiff in the amount of $1,000.00 plus attorney's fees and costs in the amount of $7,133.38 and that the claims of the putative class be dismissed without prejudice. In support of this motion, plaintiff states as follows:

1. On August 18, 2007, plaintiff filed a complaint against defendant, alleging that defendant violated the Fair Credit Reporting Act, 15 U.S.C. 1681 et seq. ("FCRA") as amended by the Fair and Accurate Credit Transactions Act of 2003, 15 U.S.C. 1681c(g) ("FACTA"). Plaintiff specifically alleged that on June 13, 2007, plaintiff received from defendant at its establishment located at 926 West Diversey Parkway, Chicago, Illinois, a computer-generated cash register receipt which displayed plaintiff's American Express card expiration date.

2. As stated above, defendant has been found to be in default, admitting the allegations.

1

3. Under 15 U.S.C. § 1681n, an individual plaintiff can receive as statutory damages a maximum of $1,000.00. A person who is successful on a FCRA claim can also be awarded actual damages suffered on account of the violation; however, plaintiff did not allege that she suffered actual damages.

4. Plaintiff alleged that on "June 13, 2007, plaintiff received from defendant ... a computer-generated cash register receipt which displayed plaintiff's American Express card expiration date." (Complaint, ¶19). This allegation unequivocally states a fact which shows a violation of the FCRA. Plaintiff requests that she be awarded the maximum $1,000.00 damage award. Plaintiff believes that the fact that defendant provided to plaintiff a receipt which did not comply with FACTA more than seven months after the effective date of the provision at issue, supports an award of the maximum statutory damages and requests that the Court enter judgment in that amount.

5. 15 U.S.C. 1681n also provides for the award of attorney's fees and costs if a plaintiff prevails on his or her claim.

6. Plaintiff also seeks an award of $6,378.00 in attorney's fees and $755.38 in costs of suit. Plaintiff believes that the fees and costs sought are reasonable, and has attached as <u>Exhibit B</u> the Declaration of Daniel A. Edelman in support of his request, including a detailed statement of his counsel's time and expenses incurred in this case.

7. Plaintiff further requests that the claims of the putative class members, as alleged in the Complaint, be dismissed without prejudice.

8. This case has not received any publicity such that a putative class member would be misled into believing that his rights were being prosecuted in this action. Since no class was ever certified, notice was not issued and the class members would have no reason to rely upon this litigation.

WHEREFORE, plaintiff respectfully requests that judgment be entered in favor of plaintiff and against defendant, in the amount of $1,000.00 to plaintiff in statutory damages, and

$7,133.38 in attorney's fees and costs and that the claims of the putative class be dismissed without prejudice.  A draft order is attached hereto as Exhibit C.

                              Respectfully submitted,

                              s/ Cassandra P. Miller
                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

# **CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on May 1, 2008, a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AND AWARD OF DAMAGES was filed electronically, and was served on the following via Certified Mail:

3-M GROUP, INC., d/b/a PAPA ROMEO'S PIZZA
c/o Pradeep Shukla, Registered Agent
2250 E. Devon Avenue
Suite 249
Des Plaines, IL  60018

                                                s/ Cassandra P. Miller
                                                Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com